# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: ENCORE ACCEPTANCE I, LLC § Case No. 14-13698-ABL
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Brian Shapiro, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $2,246,254.79        Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,252,771.15        Claims Discharged
                                                       Without Payment: $193,959.13

Total Expenses of Administration: $205,935.48

---

3) Total gross receipts of $ 1,458,706.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,458,706.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $784,480.95 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 205,935.48 | 205,935.48 | 205,935.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 554,419.99 | 81,113,912.88 | 1,446,730.28 | 1,252,771.15 |
| **TOTAL DISBURSEMENTS** | $1,338,900.94 | $81,319,848.36 | $1,652,665.76 | $1,458,706.63 |

    4) This case was originally filed under Chapter 7 on May 27, 2014. The case was pending for 32 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/10/2018            By: /s/Brian Shapiro
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds held in Wells Fargo account ending #0277 | 1229-000 | 1,458,706.63 |
| **TOTAL GROSS RECEIPTS** | | **$1,458,706.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | American Estate & Trust LC FBO Todd Florentino IRA | 4110-000 | 86,170.96 | N/A | N/A | 0.00 |
| NOTFILED | American Estate & Trust, LC FBO Kirstin Florentino Roth | 4110-000 | 11,583.58 | N/A | N/A | 0.00 |
| NOTFILED | American Estate & Trust FBO Sharon B. Madsen IRA | 4110-000 | 22,365.48 | N/A | N/A | 0.00 |
| NOTFILED | American Estate & Trust LC FBO Darin Miller's IRA | 4110-000 | 73,903.57 | N/A | N/A | 0.00 |
| NOTFILED | Albert Muse | 4110-000 | 57,917.79 | N/A | N/A | 0.00 |
| NOTFILED | Christopher Rodenfels | 4110-000 | 63,901.35 | N/A | N/A | 0.00 |
| NOTFILED | Judith A. Stewart Trust | 4110-000 | 14,479.45 | N/A | N/A | 0.00 |
| NOTFILED | Nicholas Sullo | 4110-000 | 31,950.68 | N/A | N/A | 0.00 |
| NOTFILED | Robert Johnson | 4110-000 | 159,950.69 | N/A | N/A | 0.00 |
| NOTFILED | Merrill Family Trust | 4110-000 | 30,454.79 | N/A | N/A | 0.00 |
| NOTFILED | Kyle Walker | 4110-000 | 34,975.34 | N/A | N/A | 0.00 |
| NOTFILED | Kevin J. Keighron | 4110-000 | 37,073.85 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED   Ellen Schwab | 4110-000 | 159,753.42 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $784,480.95 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Brian Shapiro | 2100-000 | N/A | 67,011.20 | 67,011.20 | 67,011.20 |
| Trustee Expenses - Brian Shapiro | 2200-000 | N/A | 1,262.36 | 1,262.36 | 1,262.36 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 325.00 | 325.00 | 325.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,028.19 | 2,028.19 | 2,028.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,165.06 | 2,165.06 | 2,165.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,022.37 | 2,022.37 | 2,022.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,228.67 | 2,228.67 | 2,228.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,085.99 | 2,085.99 | 2,085.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,013.55 | 2,013.55 | 2,013.55 |
| Other - ATKINSON LAW ASSOCIATES, P.C. | 3210-000 | N/A | 32,630.00 | 32,630.00 | 32,630.00 |
| Other - ATKINSON LAW ASSOCIATES, P.C. | 3220-000 | N/A | 48.39 | 48.39 | 48.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,274.19 | 2,274.19 | 2,274.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,956.98 | 1,956.98 | 1,956.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,954.08 | 1,954.08 | 1,954.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,220.81 | 2,220.81 | 2,220.81 |
| Other - ATKINSON LAW ASSOCIATES, LTD. | 3210-000 | N/A | 50,388.00 | 50,388.00 | 50,388.00 |
| Other - ATKINSON LAW ASSOCIATES, LTD. | 3220-000 | N/A | 4,144.40 | 4,144.40 | 4,144.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,927.43 | 1,927.43 | 1,927.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,870.00 | 1,870.00 | 1,870.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,125.26 | 2,125.26 | 2,125.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,864.46 | 1,864.46 | 1,864.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 2,118.69 | 2,118.69 | 2,118.69 |
| Other - ATKINSON LAW ASSOCIATES, LTD. | 3210-000 | N/A | 13,872.00 | 13,872.00 | 13,872.00 |
| Other - ATKINSON LAW ASSOCIATES, LTD. | 3220-000 | N/A | 85.35 | 85.35 | 85.35 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,912.36 | 1,912.36 | 1,912.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,836.94 | 1,836.94 | 1,836.94 |
| Other - PAUL HEALEY | 3410-000 | N/A | 1,563.75 | 1,563.75 | 1,563.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | | $205,935.48 | $205,935.48 | $205,935.48 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIRST AMERICAN CAPITAL RESOURCES, LLC | 7100-000 | unknown | 13,102,302.99 | 0.00 | 0.00 |
| 2 | CHIPPEWA CREE TRIBE OF ROCKY BOYS | 7100-000 | unknown | 13,102,302.99 | 0.00 | 0.00 |
| 3 | PLAIN GREEN, LLC | 7100-000 | N/A | 13,102,302.99 | 0.00 | 0.00 |
| 4 | Polycomp Trust Co. CustodianFBO Stephen Shore | 7100-000 | 28,958.90 | 33,109.94 | 33,109.94 | 32,820.35 |
| 6S | ESUM PARTNERSHIP #2 | 7100-000 | N/A | 66,219.98 | 66,219.98 | 65,640.79 |
| 6U | ESUM PARTNERSHIP #2 | 7100-000 | N/A | 14,761.64 | 14,761.64 | 14,632.53 |
| 7 | JKW CAPITAL LLC | 7100-000 | N/A | 294,875.70 | 294,875.70 | 292,296.60 |
| 8 | THE WALTER SCHWAB REVOCABLE TRUST DATED 10/23/91 | 7100-000 | 159,753.42 | 287,314.26 | 287,314.26 | 284,801.30 |
| 9 | WOODBOURNE INVESTMENTS, LLC | 7100-000 | N/A | 287,314.26 | 287,314.26 | 284,801.30 |
| 10 | American Estate & Trust LC FBO | 7100-000 | 102,643.84 | 174,405.47 | 174,405.47 | 172,880.05 |
| 11 | American Estate & Trust, LC | 7100-000 | 28,740.27 | 25,983.55 | 25,983.55 | 25,756.29 |
| 12 | Nancy Shore | 7100-000 | 28,958.90 | 57,380.82 | 57,380.82 | 56,878.95 |
| 13 | Shelley D. Krohn, Chapter 7 Trustee for Encore Ser | 7100-000 | N/A | 848,000.00 | 0.00 | 0.00 |
| 14 | THE CHIPPEWA CREE TRIBE OF THE ROCKY BOY'S RESERVA | 7100-000 | N/A | 13,102,302.99 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | FIRST AMERICAN CAPITAL RESOURCES, LLC | 7100-000 | unknown | 13,102,302.99 | 0.00 | 0.00 |
| 16 | PLAIN GREEN, LLC | 7100-000 | unknown | 13,102,302.99 | 0.00 | 0.00 |
| 17 | Shel Glina | 7100-000 | 164,007.18 | 164,007.18 | 16,400.72 | 16,257.27 |
| 17T | Shel Glina | 7200-000 | N/A | 164,007.18 | 147,606.46 | 0.00 |
| 18 | Linda Gordon & Leonard Gordon | 7100-000 | 12,819.74 | 12,819.74 | 3,204.94 | 3,176.91 |
| 18T | Linda Gordon & Leonard Gordon | 7200-000 | N/A | 12,819.74 | 9,614.80 | 0.00 |
| 19 | American Estate & Trust LC | 7100-000 | 28,537.74 | 28,537.74 | 2,853.77 | 2,828.81 |
| 19T | American Estate & Trust LC | 7200-000 | N/A | 28,537.74 | 25,683.97 | 0.00 |
| NOTFILED | First American Capital Resources One LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$554,419.99** | **$81,113,912.88** | **$1,446,730.28** | **$1,252,771.15** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-13698-ABL  
**Case Name:** ENCORE ACCEPTANCE I, LLC  

**Period Ending:** 01/10/18  

**Trustee:** (007422)  Brian Shapiro  
**Filed (f) or Converted (c):** 05/11/15 (c)  
**§341(a) Meeting Date:** 06/12/15  
**Claims Bar Date:** 09/10/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account at: JPMorgan Chase Bank, N.A. P | 1,380,930.91 | 42,029.97 | | 0.00 | FA |
| 2  First American Capital Resources One LLC 11275 U value changed per amendment filed 7/2/14. Dkt. 35 | 865,323.88 | 865,323.88 | | 0.00 | FA |
| 3  Funds held in Wells Fargo account ending #0277 (u) | 0.00 | 1,458,706.63 | | 1,458,706.63 | FA |
| 3  Assets  Totals (Excluding unknown values) | **$2,246,254.79** | **$2,366,060.48** | | **$1,458,706.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

10-4-17 - amended orders entered - will be able to resubmit TDR in novemnber

5-22-17 (BS) reviewed TDR, no Pii, signed gave back to Cb to process

5-19-17 (cd) Processed TDR

2-15-17 (BS) order on distribution of funds entered

1-26-17 (BS) email from Linda - thanks (qd)

1-26-17 (BS) email from BS to Linda advising of prior address (Qd)

1-26-17 (BS) email from Linda Gordon re correct address - 9 Remington Lane, Aliso Viejo, California, 92656 (qd)

1-26-17 (BS) advised CB to hold Gordon's check for one week to see if we get new address.

1-26-17 (BS) rcvd check back on claim 18 as invalid address for Mr. and Mrs. Gordon.  Called them at number on poc, left message, emailed them as follows -
Please note that I am the Court appointed Trustee in the above referenced bankruptcy estate.  The Estate has distributed funds and my office sent a check to your
Remington Lane address but it was returned.  Can you please provide me with a valid address.

I await your reply.

` Brian

(qd)

1-19-17 (BS) t/c RA from Chris Rodenfels - wanted a copy of the petition and wrong dollar amount -admitted that he received a copy of the 341 notice; also received an
email from debtor for a copy of the schedules and that he will email it Zachary Roberts.

1-5-17 (bs) attended hearing on TFR - granted - advised CB to upload order.

12/1/16 TFR FILED

11/18/16 TFR SUBMITTED

11-18-16 (BS) email from RA - Looks great!  Ok to submit. (qd)

11-18-16 (BS) email from cB to RA - Better?  If so, Brian is going to submit today.(qd)

11-17-16 (BS) reveiwed tfr looks fine, asked RA to review and comment (qd)

11-17-16 (BS) email from CB to BS and RA re TFR to review (Qd)

11/7/16 (cb) order entered approving Healey's compensation; sent check for $1563.75

10-27-16 (BS) attended hearing on healey fee - granted - advised CB to draft order

9-28-16 (cd)  Received signed Certified Mail Receipt.  Scanned into QDs.

9/26/16 (cb) filed app for compensation for Healey; hrg set 10/27

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 14-13698-ABL | Trustee: | (007422) | Brian Shapiro |
| Case Name: | ENCORE ACCEPTANCE I, LLC | Filed (f) or Converted (c): | 05/11/15 (c) | |
| | | §341(a) Meeting Date: | 06/12/15 | |
| Period Ending: 01/10/18 | | Claims Bar Date: | 09/10/15 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

9/8/16 (cb) mailed K-1's to Zach Roberts and PONUS Holdings

8/31/16 (cb) rec'd estate returns for 2013, 2014 and 2015

7-7-16 - (BS) order approving settlement was entered on claims - now awaiting final fee application for RA

5-25-16 (BS) email from RA re moving forward and thanlks (Qd)

5-24-16 (BS) email to RA - ok with sett (Qd)

5-24-16 (BS) email from RA with copy of sett agreement (Qd)

5-23-16 (BS) email from RA with copy of email to Matt with offer (qd)

5-23-16 (BS) authroized RA to offer 10% to Glina, Kurtz and 25% for Gordon, offer expires May 24 at 5:00 p.m.  (qd)

5-23-16 (BS) email from RA re response to Matt (Qd)

5-4-16 (BS) email from RA - he agrees on dividing offer 2 not 3 (qd)

5-4-16 (BS) email from RA re how many offers, sugested dividing into 2 not 3, email to RA (qd)

5-4-16 (BS) email from RA with copy of email to Matt Carlyon re offer to resolve as outlined in my email authority (qd)

5-4-16 (BS) email from RA - will proceed as indicated in my email (Qd)

5-4-16 (BS) reviewed email from RA re declarations to claims 17 18 and 19; t/c Robert, appears to me that the only claim that is risky is Gordon who could be allowed. As such, authorized him to offer the following as settlement - 25% of poc to Gordon, and 10% to other two.  Alternatively, they can file an opposition.  The issue for me is the fiduciary duty to the remaining creditors. (qd)

2-23-16 (BS) t/c R. Atkinson re continuation of hearing and breifin re motion to compel to see if Tribe has resolved claim, if not, then we will proceed, stipulation filed and awaiting order.

2-18-16 (bs) - t/c Robert re continuing the hearing because Encore and Tribe apparently resolved, agreed to continue and see where we are in four (4) weeks

2/12/16 (cb) order entered employing Paul

2/10/16 (cb) filed app to employ Paul

12-1-15 (BS) t.c Robert, agreed that he should contact  Mike Van and see if he can get hte 2004 exams done earlier then we dont object to his wtihrawal.

11/2/15 (cb) orders entered approving objections to claims filed by Robert

10-26-15 (bs) recved email from robert on 10-25 (qd) discussing status; t/c Roberrt today, discussed matter in detail, after discussion, authorized him to object to Tribe's poc; object to "investors" secured claim and then see where we are, did not authorize filing of ft action against Loromas Acceptance but to conduct discovery on the claim including assets and recovery possibility. Email with such authority in (qd).

10-20-15 (bs) - t./c Robert re potential change in strategy on objections to claim via declaration of Zachary Roberts - email in (qd)

CONCLUDE AS ASSET

6/12/15 341 Meeting Results: CONTINUED TO 8/7 @ 11

Appearances: Gordon Jones rep for Encore Acceptance and Encore Service Corp; Richard Broome MGR for Encore Service Corp., Zachary Brook Roberts MGR for Encore Acceptance, Robert Atkinson on behalf of Trustee, Robert Ryan on behalf of Debtor, Robert Keenus on behalf of creditors that moved for conversion

no other employees of debtor other than Zachary Brook Roberts, Gordon Jones: Director of Operations

secured creditors were lenders with small claim on future profits

SOFA: paid $30,000 to attorney for bk services/debt counseling, NEED stmts showing payment

EA1 entity provided to First Am., contract provided

GMCO: CPA firm, unrelated to entity; Gino Mauriello point of contact

EA1: retainer agreement with George Ralphs

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-13698-ABL  
**Case Name:** ENCORE ACCEPTANCE I, LLC  

**Trustee:** (007422) Brian Shapiro  
**Filed (f) or Converted (c):** 05/11/15 (c)  
**§341(a) Meeting Date:** 06/12/15  

**Period Ending:** 01/10/18  
**Claims Bar Date:** 09/10/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

6-1-15 (cd)  Received a cashier's ck # 0000112440 for $1,458,706.63 from Wells Fargo via FedEx.  Gave to CB.

5-27-15 (BS) t/c R. Atkinson discussed case and his phone conference, sounded like a payday loan company and mom and pop investors; he will be getting more info and sending me docs when he has them.  Also discussed final fee app needed by Van and where he got the funds.

5-26-15 (bs) email from Jafee - to Robert re phone conferencde time (qd)

5-26-15 (bs) email from Robert Atkinson to Jafee re phone conversatino (qd)

5-26-15 (BS) - email from Henry Jafee re phone conversation with Robert (qd)

5/20/15 (cb) BS called Wells Fargo to follow up on DIP funds turnover; WF called back and said that it should be done in a couple days

5-12-15 (BS) email from Henry Jaffee re conference call (qd)

5-12-15 (BS) email from bs to Henry Jaffee re conference call with robert (qd)

5-12-15 (BS) email from Henry Jaffee re:  subscribers being secured and conference call (qd)

5-12-15 (BS) email from Jill Math of Kinas with copies of transcripts (qd)

5-12-15 (BS) email to Henry Jaffee re intorcution and freezing of funds (qd)

5-12-12 (BS) email from Jill Math re documents from Rob Kinas (qd)

5-12-15 (BS) email from Henry Jaffe re introduction and forwarding of transcript (qd)

5-12-15 (BS) email from Rob Kinas - he will forward motion to convert/opp/reply (qd)

5-12-15 (BS) email to Rob Kinas re transcripts (Qd)

5-11-15 (BS) email to Rob Kinas and copy to Robert with information on freezing of funds (qd)

5-11-15 (BS) - t/c WF BK Dept to freeze funds, advised that funds are now freezed, will email them information case and appointment (qd)

5-11-15 (BS) - reviewed new case and located DIP accont in this and associated case, made demand on WF to freeze account and to turnover funds (emails and info are in qd).  Per WF, there is about 1.5 mil in Encore and $150K in the other case (qd)

5-11-15 (BS) - t/c Robert advised of new case and forwarding new notice of commencement to him (qd)

**Initial Projected Date Of Final Report (TFR):**    October 26, 2016         **Current Projected Date Of Final Report (TFR):**    December 1, 2016   (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-13698-ABL
**Case Name:** ENCORE ACCEPTANCE I, LLC
**Taxpayer ID #:** **-***2046
**Period Ending:** 01/10/18

**Trustee:** Brian Shapiro (007422)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/01/15 | {3} | Wells Fargo Bank, N.A. | Turnover of funds in DIP account ending in 0277 | 1229-000 | 1,458,706.63 | | 1,458,706.63 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,028.19 | 1,456,678.44 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,165.06 | 1,454,513.38 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,022.37 | 1,452,491.01 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,228.67 | 1,450,262.34 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,085.99 | 1,448,176.35 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,013.55 | 1,446,162.80 |
| 12/17/15 | 101 | ATKINSON LAW ASSOCIATES, P.C. | Attorney fees per order entered 12/17/15. Dkt. 354 | 3210-000 | | 32,630.00 | 1,413,532.80 |
| 12/17/15 | 102 | ATKINSON LAW ASSOCIATES, P.C. | Attorney expenses per order entered 12/17/15. Dkt. 354 | 3220-000 | | 48.39 | 1,413,484.41 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,274.19 | 1,411,210.22 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,956.98 | 1,409,253.24 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,954.08 | 1,407,299.16 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,220.81 | 1,405,078.35 |
| 04/19/16 | 103 | ATKINSON LAW ASSOCIATES, LTD. | Attorney fees per order entered 4/19/16. Dkt. 435 | 3210-000 | | 50,388.00 | 1,354,690.35 |
| 04/19/16 | 104 | ATKINSON LAW ASSOCIATES, LTD. | Attorney expenses per order entered 4/19/16. Dkt. 435 | 3220-000 | | 4,144.40 | 1,350,545.95 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,927.43 | 1,348,618.52 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,870.00 | 1,346,748.52 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,125.26 | 1,344,623.26 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,864.46 | 1,342,758.80 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,118.69 | 1,340,640.11 |
| 09/13/16 | 105 | ATKINSON LAW ASSOCIATES, LTD. | Attorney fees per order entered 9/12/16. Dkt. 469 | 3210-000 | | 13,872.00 | 1,326,768.11 |
| 09/13/16 | 106 | ATKINSON LAW ASSOCIATES, LTD. | Attorney expenses per order entered 9/12/16. Dkt. 469 | 3220-000 | | 85.35 | 1,326,682.76 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,912.36 | 1,324,770.40 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,836.94 | 1,322,933.46 |
| 11/07/16 | 107 | PAUL HEALEY | Accountant fees per order entered 11/7/16. Dkt. 477 | 3410-000 | | 1,563.75 | 1,321,369.71 |
| 01/12/17 | 108 | Brian Shapiro | Dividend paid 100.00% on $67,011.20, Trustee Compensation; Reference: | 2100-000 | | 67,011.20 | 1,254,358.51 |
| 01/12/17 | 109 | Brian Shapiro | Dividend paid 100.00% on $1,262.36, Trustee Expenses; Reference: | 2200-000 | | 1,262.36 | 1,253,096.15 |
| 01/12/17 | 110 | Office of the United States Trustee | Dividend paid 100.00% on $325.00, U.S. | 2950-000 | | 325.00 | 1,252,771.15 |

Subtotals : $1,458,706.63 $205,935.48

{} Asset reference(s)

Printed: 01/10/2018 03:36 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-13698-ABL
**Case Name:** ENCORE ACCEPTANCE I, LLC

**Taxpayer ID #:** **-***2046
**Period Ending:** 01/10/18

**Trustee:** Brian Shapiro (007422)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | (ADMINISTRATIVE) | Trustee Quarterly Fees;  Reference: | | | | |
| 01/12/17 | 111 | Polycomp Trust Co. CustodianFBO Stephen Shore IRA | Dividend paid  99.12% on $33,109.94; Claim# 4; Filed: $33,109.94; Reference:<br>Voided on 02/15/17 | 7100-000 | | 32,820.35 | 1,219,950.80 |
| 01/12/17 | 112 | ESUM PARTNERSHIP #2 | Dividend paid  99.12% on $66,219.98; Claim# 6S; Filed: $66,219.98; Reference: | 7100-000 | | 65,640.79 | 1,154,310.01 |
| 01/12/17 | 113 | ESUM PARTNERSHIP #2 | Dividend paid  99.12% on $14,761.64; Claim# 6U; Filed: $14,761.64; Reference: | 7100-000 | | 14,632.53 | 1,139,677.48 |
| 01/12/17 | 114 | JKW CAPITAL LLC | Dividend paid  99.12% on $294,875.70; Claim# 7; Filed: $294,875.70; Reference: | 7100-000 | | 292,296.60 | 847,380.88 |
| 01/12/17 | 115 | THE WALTER SCHWAB REVOCABLE TRUST DATED 10/23/91 | Dividend paid  99.12% on $287,314.26; Claim# 8; Filed: $287,314.26; Reference: | 7100-000 | | 284,801.30 | 562,579.58 |
| 01/12/17 | 116 | WOODBOURNE INVESTMENTS, LLC | Dividend paid  99.12% on $287,314.26; Claim# 9; Filed: $287,314.26; Reference: | 7100-000 | | 284,801.30 | 277,778.28 |
| 01/12/17 | 117 | American Estate & Trust LC FBO | Dividend paid  99.12% on $174,405.47; Claim# 10; Filed: $174,405.47; Reference: | 7100-000 | | 172,880.05 | 104,898.23 |
| 01/12/17 | 118 | American Estate & Trust, LC | Dividend paid  99.12% on $25,983.55; Claim# 11; Filed: $25,983.55; Reference: | 7100-000 | | 25,756.29 | 79,141.94 |
| 01/12/17 | 119 | Nancy Shore | Dividend paid  99.12% on $57,380.82; Claim# 12; Filed: $57,380.82; Reference: | 7100-000 | | 56,878.95 | 22,262.99 |
| 01/12/17 | 120 | Shel Glina | Dividend paid  99.12% on $16,400.72; Claim# 17; Filed: $164,007.18; Reference: | 7100-000 | | 16,257.27 | 6,005.72 |
| 01/12/17 | 121 | Linda Gordon & Leonard Gordon | Dividend paid  99.12% on $3,204.94; Claim# 18; Filed: $12,819.74; Reference: | 7100-000 | | 3,176.91 | 2,828.81 |
| 01/12/17 | 122 | American Estate & Trust LC | Dividend paid  99.12% on $2,853.77; Claim# 19; Filed: $28,537.74; Reference: | 7100-000 | | 2,828.81 | 0.00 |
| 02/15/17 | 111 | Polycomp Trust Co. CustodianFBO Stephen Shore IRA | Dividend paid  99.12% on $33,109.94; Claim# 4; Filed: $33,109.94; Reference:<br>Voided: check issued on 01/12/17 | 7100-000 | | -32,820.35 | 32,820.35 |
| 02/15/17 | 123 | Stephen B. Shore | Distribution of funds per order entered 2/15/17. Dkt. 486 | 7100-000 | | 32,820.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,458,706.63 | 1,458,706.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,458,706.63 | 1,458,706.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,458,706.63** | **$1,458,706.63** | |

{} Asset reference(s)

Printed: 01/10/2018 03:36 PM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-13698-ABL | **Trustee:** Brian Shapiro (007422) |
| **Case Name:** ENCORE ACCEPTANCE I, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5866 - Checking Account |
| **Taxpayer ID #:** **-***2046 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 01/10/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 1,458,706.63 | | | | |
| | | Net Estate : | $1,458,706.63 | | | | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******5866** | | 1,458,706.63 | 1,458,706.63 | 0.00 |
| | | $1,458,706.63 | $1,458,706.63 | $0.00 |

{} Asset reference(s)    Printed: 01/10/2018 03:36 PM    V.13.30